■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STACEY MANNING, Appellant. [756 NYS2d 496] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rosenzweig, J.), rendered April 18, 2001, convicting him of murder in the second degree and manslaughter in the first degree, upon a jury verdict, and imposing sentence. Justice Sondra Miller has been substituted for the late Justice O'Brien (*see* 22 NYCRR 670.1 [c]).

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, he was not denied the effective assistance of counsel (*see People v Davidson,* 197 AD2d 701 [1993]; *People v Daley,* 172 AD2d 619, 620-621 [1991]; *People v Margan,* 157 AD2d 64 [1990]).

The defendant's remaining contention is not preserved for appellate review (*see People v Curry,* 198 AD2d 371 [1993]; *People v Thomches,* 172 AD2d 786 [1991]). Ritter, J.P., Feuerstein, S. Miller and Luciano, JJ., concur.